

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>     v.<br><br>Javier GARRIDO-Salgado,<br><br>            Defendant. | Magistrate Docket No. **25MJ926**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Attempted Entry After Deportation |

The undersigned complainant being, duly sworn, states:

On or about March 3, 2025, within the Southern District of California, defendant Javier GARRIDO-Salgado, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near San Diego, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MARCH 4, 2025.

_____
HON. STEVE B. CHU
United States Magistrate Judge

## CONTINUATION OF COMPLAINT:
Javier GARRIDO-Salgado

### PROBABLE CAUSE STATEMENT

On March 3, 2025, Border Patrol Agent A. Ramos was assigned to the Chula Vista Border Patrol Station's area of responsibility.

At approximately 6:20 AM, a Department of Defense (DOD) scope operator relayed via service radio that he had observed several individuals near an area known to Border Patrol agents as "Wild Bill's Bridge". This area is located approximately four miles east of the Otay Mesa, California, Port of Entry and approximately one hundred yards north of the United States/Mexico International Boundary.

Agent Ramos responded to the indicated area and encountered two individuals attempting to conceal themselves, one of whom was later identified as Javier GARRIDO-Salgado. Agent Ramos then identified himself as a Border Patrol Agent and conducted an immigration inspection. Both individuals, including GARRIDO, stated that they are citizens of Mexico not in possession of documentation required to be legally present in the Untied States. At approximately 6:30 AM, Agent Ramos placed GARRIDO under arrest.

Routine record checks of the defendant revealed a criminal and immigration history. A comparison of the defendant's criminal record and current fingerprints were used to determine the defendant's record. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on February 18, 2025 through Nogales, Arizona. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.